MARCH 9, 1983

SPALLA v COURT OF APPEALS. (Docket No. 70745.) Complaint for superintending control denied. *James S. Lawrence* for plaintiffs.

MARCH 25, 1983

ROSS v CONSUMERS POWER COMPANY. (Docket No. 64241.) Rehearing granted. *W. E. Wisner* for plaintiff-appellee Consumers Power Company. *Parker, Adams & Mazur, P.C.,* for third-party defendant-appellant. Reported at 415 Mich 1.

PEOPLE v POMEROY and PEOPLE v FULCHER. (Docket Nos. 62832, 62831.) Rehearing granted. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *Artis M. Noel,* Prosecuting Attorney, and *Jann Ryan Baugh,* Assistant Attorney General (Prosecuting Attorneys Appellate Service), for the people. *Henry L. Greenwood* for defendants-appellants. Reported at 415 Mich 328.

MARCH 28, 1983

PEOPLE v SHAFOU. (Docket No. 62885.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Deputy Chief, Civil and Appeals, and *Don W. Atkins,* Assistant Prosecuting Attorney, for the people, appellant. *Parzen & Parzen* for defendant-appellee. Reported at 416 Mich 113.

PEOPLE v GARY MURPHY. (Docket No. 66041.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *Robert H. Cleland,* Prosecuting Attorney, and *Peter R. George,* Chief Appellate Attorney, for the people, appellant. State Appellate Defender, *Rolf E. Berg,* Assistant Defender, for defendant-appellee. Reported at 416 Mich 453.

PEOPLE v ANNETTE ALEXANDER and PEOPLE v RONALD WOODS. (Docket Nos. 65263, 65342.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Deputy Chief, Civil and Appeals, *Timothy A. Baughman,* Principal Attorney, and *Janice M.*